


JAN 15 2025

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:25-cr-00012 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(o) |
| LUIS FERNANDO GONZALEZ-RAMIREZ | ) | 18 U.S.C. § 924(a) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about August 28, 2024, in the Middle District of Tennessee, the defendant, **LUIS FERNANDO GONZALEZ-RAMIREZ,** did knowingly possess and transfer a machinegun, to wit: a machinegun conversion device, commonly known as a "switch," which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26, United States Code, Section 5845(b).

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about September 18, 2024, in the Middle District of Tennessee, the defendant, **LUIS FERNANDO GONZALEZ-RAMIREZ,** did knowingly possess and transfer a machinegun, to wit: a machinegun conversion device, commonly known as a "switch," which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26, United States Code, Section 5845(b).

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Counts One through Two in the Indictment, the defendant, **LUIS FERNANDO GONZALEZ-RAMIREZ**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including any machinegun conversion device, which is a combination of parts designed and intended for use in converting a weapon into a machinegun, and is, therefore, a machinegun as defined in Title 26, United States Code, Section 5845(b).

A TRUE BILL

FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

Kathryn Risinger

KATHRYN D. RISINGER
ASSISTANT UNITED STATES ATTORNEY